# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | 3:15 CR 00009 |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| TROY MITCHELL MCCORMICK, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

MARVIN E. ASPEN, District Judge:

The continued sentencing hearing scheduled for January 10, 2017 at 12:30 p.m. is hereby reset and shall be held on January 10, 2017 at 11:30 a.m. It is so ordered.

_____
Marvin E. Aspen
United States District Judge

Dated: January 5, 2017
Nashville, Tennessee